**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

June 20, 2018

**LETTER ORDER**

Re: **DaCosta et al v. UNION COUNTY COLLEGE et al**
    **Civil Action No. 17-6372 (CCC)**

Dear Counsel:

As discussed during the conference call held in this matter earlier today, the Court will conduct a settlement conference with the parties on **August 3, 2018 at 1:00 P.M.** All counsel and clients with full settlement authority shall be present, in person at the conference. By no later than **July 31, 2018**, the parties are to submit separate confidential *ex parte* settlement position papers not to exceed **five (5) pages**. Such letters are not to be filed, but are to be sent directly to Chambers via email (**JBC_Orders@njd.uscourts.gov**).

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**